FILED
CLERK, U.S. DISTRICT COURT

AUG 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALFRED CABALLERO, | ) | NO. CV 11-493-JFW(E) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| | ) | |
| COUNTY OF LOS ANGELES, et al., | ) | CONCLUSIONS AND RECOMMENDATIONS |
| | ) | |
| Defendants. | ) | OF UNITED STATES MAGISTRATE JUDGE |
| | ) | |
| | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that:  (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

///

///

///

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of

2  this Order and the Judgment of this date on the Plaintiff.

3

4        DATED: _____, 2011.

5

6

7                                _____

8                      JOHN F. WALTER
                    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ALFRED CABALLERO,                  )  NO. CV 11-493-JFW(E)
                                       )
12                 Plaintiff,          )
                                       )
13        v.                           )  REPORT AND RECOMMENDATION OF
                                       )
14  COUNTY OF LOS ANGELES, et al.,     )  UNITED STATES MAGISTRATE JUDGE
                                       )
15                 Defendants.         )
                                       )
16  _____   )

17

18       This Report and Recommendation is submitted to the Honorable

19  John F. Walter, United States District Judge, pursuant to 28 U.S.C.

20  section 636 and General Order 05-07 of the United States District

21  Court for the Central District of California.

22

23                        BACKGROUND

24

25       On March 23, 2011, Plaintiff, proceeding pro se, filed a Second

26  Amended Complaint.  By Order filed May 26, 2011, the Court dismissed

27  the Second Amended Complaint with leave to amend.  The Order cautioned

28  Plaintiff that failure to file a Third Amended Complaint within

1 thirty days of May 26, 2011 could result in the dismissal of this

2 action.  Plaintiff did not file a Third Amended Complaint within the

3 allotted time.

4

5                              **DISCUSSION**

6

7      The action should be dismissed without prejudice.  The Second

8 Amended Complaint is defective for the reasons stated in the Order.

9 Plaintiff has failed to file a Third Amended Complaint within the

10 allotted time.  The Court has inherent power to achieve the orderly

11 and expeditious disposition of cases by dismissing actions for failure

12 to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); see

13 Fed. R. Civ. P. 41(b).

14

15                            **RECOMMENDATION**

16

17      For all of the foregoing reasons, IT IS RECOMMENDED that the

18 Court issue an Order: (1) approving and adopting this Report and

19 Recommendation; and (2) directing that Judgment be entered dismissing

20 the action without prejudice.

21

22      DATED:  July 13, 2011.

23

24              _____/s/_____

25                     CHARLES F. EICK
                UNITED STATES MAGISTRATE JUDGE

26

27

28

                                   2

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number.  No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.