FILED
CLERK, U.S. DISTRICT COURT
AUG 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED CABALLERO, | NO. CV 11-493-JFW(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____8/30_____, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE